Charles W. Jamieson, Plaintiff-Appellant, v. Chicago Title and Trust Co., a Corporation of Illinois, et al., Defendants-Appellees.

Gen. No. 48,469.

First District, First Division.

January 22, 1962.

Rehearing denied February 9, 1962.

Charles W. Jamieson, of Chicago, pro se; A. E. Peterson and William M. Rice, of Chicago, for appellee. Opinion by MR. JUSTICE BURMAN. Not to be published in full.